JEAN C. WILCOX, ESQ.  (SBN 097963)
Email: jeanw@hhlawgroup.com
CLAUDIA MOURAD, ESQ. (SBN 211139)
Email: claudiam@hhlawgroup.com
LORI HERSHORIN, ESQ. (SBN 155977)
Email: lorih@hhlawgroup.com
HERSHORIN & HENRY, LLP
27422 Portola Parkway, Suite 360
Foothill Ranch, California 92610
Telephone:  (949) 859-5600
Facsimile:   (949) 859-5680

Attorneys for Plaintiff, FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Downey Savings & Loan Association, F.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Downey Savings and Loan Association, F.A., <br><br> Plaintiff, <br><br> vs. <br><br> LAMARSH FINANCIAL INC., a Nevada corporation; ZENY P. LAMARSH, an individual; SAM DAVID, an individual; STEVEN DE LA HOYA, an individual; BENIS LAZAR, an individual; LINDA MATE, an individual; ERIC WEXELMAN, an individual; BRISA ARENAS, an individual;  et al. <br><br> Defendants. | CASE NO:   SACV10-00872 DOC <br><br> **JUDGMENT** <br><br> **[FRCP 55(b)(2) and 56(a)]** <br><br><br> Date:      September 9, 2011 <br> Time:     8:30 A.M. <br> Crtrm:    9D <br> Judge:    Hon. David O. Carter |

-1-

DEFAULT JUDGMENT

Having considered the Application and Noticed Motion of the Plaintiff, FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for Downey Savings and Loan Association , F.A. ("FDIC-R") for entry of a default judgment by court against Defendants, LAMARSH FINANCIAL INC. ("Lamarsh Financial"), a Nevada corporation; LINDA MATE ("Mate"), an individual; ERIC WEXELMAN ("Wexelman") , an individual; BRISA ARENAS ("Arenas") , an individual; BRITTEN KIMBELL ("Kimbell") , an individual; YACOU LAZAR ("Lazar") , an individual; and RASHEL SARALAN ("Saralan") , an individual  pursuant to FRCP 55(b)(2); and

Finding that Lamarsh Financial, Mate, Wexelman, Arenas, Kimbell and Lazar failed to respond to the FDIC-R's Complaint within the time permitted by law, and the defaults of said Defaulted Defendants having been entered, with notice to said Defendants, by the Clerk of the Court (Doc. Nos. 58, 194, 248, 375); and

Finding that the Defaulted Defendants were served with the FDIC-R's Application for Default Judgment by Court and with its Notice of Motion and Motion for same, including the Declaration of Tony Hantke and the exhibits thereby authenticated;

NOW, THEREFORE, JUDGMENT IS HEREBY ENTERED in favor of FDIC-R, against the following Defaulted Defendants for the amounts stated:

<u>First</u>, against **LAMARSH FINANCIAL INC., a Nevada corporation,** the licensed mortgage broker that caused the loans in issue to be obtained from Downey Savings and Loan Association, F.A. for the benefit of Arenas, Antonio De La Hoya, Kimbell, Chris Wells, Lazar and Saralan, on Count One for breach of written contract; Count Two for professional negligence; Count Four for negligent misrepresentation; and Count Five for fraud in the following amounts:

    Principal of $1,458,312

    Prejudgment interest of $442,809.32

    Reasonable attorney's fees per the default schedule (L.R. 55-3) in

1                     the amount of $41,622

2

3        <u>Second</u>, against **LINDA MATE, an individual**, the agent of Lamarsh Financial

4 who caused the Brisa Arenas Loan to be submitted to Downey Savings and Loan

5 Association, F.A. on Count Two for professional negligence; Count Four for negligent

6 misrepresentation; and Count Five for fraud in the following amounts:

7                 Principal of $224,818.00

8                 Prejudgment interest of $62,025.13

9     LAMARSH FINANCIAL INC. and LINDA MATE are *jointly and severally*

10 *liable* for said amounts; said amounts are already included as part of the judgment

11 against LAMARSH FINANCIAL INC. hereinabove.

12

13        <u>Third</u>, against **ERIC WEXELMAN, an individual**, the agent of Lamarsh

14 Financial who caused the Britten Kimbell and Chris Wells Loan to be submitted to

15 Downey Savings and Loan Association, F.A. on Count Two for professional

16 negligence; Count Four for negligent misrepresentation; and Count Five for fraud, in

17 the following amounts:

18                 Principal of $301,871.00

19                 Prejudgment interest of $97,756.58

20     LAMARSH FINANCIAL INC. and ERIC WEXELMAN are *jointly and*

21 *severally liable* for said amounts; said amounts are already included as part of the

22 judgment against LAMARSH FINANCIAL INC. hereinabove.

23

24        <u>Fourth</u>, against **BRISA ARENAS, an individual**, the borrower who obtained a

25 loan from Downey Savings and Loan Association, on Count Six for breach of the

26 borrowers' loan application contract; and Count Seven for fraud in connection with

27 the Brisa Arenas Loan, in the following amounts:

28                 Principal of $224,818.00

        Prejudgment interest of $62,025.13

    LAMARSH FINANCIAL INC. and BRISA ARENAS are ***jointly and severally liable*** for said amounts; said amounts are already included as part of the judgment against LAMARSH FINANCIAL INC. hereinabove.

    <u>Fifth</u>, against **BRITTEN KIMBELL, an individual**, the borrower who obtained a loan from Downey Savings and Loan Association, on Count Six for breach of the borrower's loan application contract; and Count Seven for fraud in connection with the Britten Kimbell/Chris Wells Loan, in the following amounts:

        Principal of $301,871.00

        Prejudgment interest of $97,756.58

    LAMARSH FINANCIAL INC. and BRITTEN KIMBELL are ***jointly and severally liable*** for said amounts; said amounts are already included as part of the judgment against LAMARSH FINANCIAL INC. hereinabove.

    <u>Sixth</u>, against **YACOU LAZAR, an individual**, the borrower who obtained a loan from Downey Savings and Loan Association, on Count Six for breach of the borrowers' loan application contract; and Count Seven for fraud in connection with the Yacou Lazar loan, in the following amounts:

        Principal of $216,865.00

        Prejudgment interest of $61,375.76

    LAMARSH FINANCIAL INC. and YACOU LAZAR are ***jointly and severally liable*** for said amounts; said amounts are already included as part of the judgment against LAMARSH FINANCIAL INC. hereinabove.

    <u>Seventh</u>, against **RASHEL SARALAN, an individual**, the borrower who obtained a loan from Downey Savings and Loan Association, on Count Six for breach of the borrowers' loan application contract and Count Seven for fraud in connection

with the Rashel Saralan Loan, in the following amounts:

        Principal of $288,092.00

        Prejudgment interest of $78,455.73

LAMARSH FINANCIAL INC. and RASHEL SARALAN are *jointly and severally liable* for said amounts; said amounts are already included as part of the judgment against LAMARSH FINANCIAL INC. hereinabove.

DATED: October 21, 2011

_____
David O. Carter
United States District Judge